UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**COLLINS, VELLA & CASELLO, LLC**
**2317 Highway 34 South, Suite 1A**
**Manasquan, NJ 07727**
**Attorneys for Debtors**
**(732) 751-1766**
**Joseph M. Casello, Esq.**

Order Filed on December 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kevin & Stacy Kirman

    Debtors

Case No.: Chapter 11 Case No. 11-27635

Adv. No.:

Hearing Date: October 25, 2016 at 9:00

Judge: Honorable Michael Kaplan, U.S.B.J.

**ORDER COMPELLING U.S. BANK NATIONAL ASSOCIATION TO DISCHARGE OF RECORD THE SECOND MORTGAGE ENCUMBERING THE DEBTORS RESIDENCE**

The relief set forth on the following pages, numbered two is hereby **ORDERED**.

**DATED: December 6, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Kevin & Stacy Kirman
Case No.: 11-27635
Caption of Order: Order Compelling U.S. Bank National Association to Discharge of Record the Second Mortgage Encumbering the Debtors' Residence

---

**THIS MATTER** having been brought before the Court upon a Motion to Compel U.S. Bank National Association to Discharge of Record a Second Mortgage Encumbering the Debtors' Residence filed by Collins, Vella & Casello, LLC on behalf of Stacy and Kevin Kirman; and

The Court having considered the Motion and for the reasons set forth on the record and for good and sufficient cause appearing, it is hereby **ORDERED as follows:**

1.  Within 30 days from the issuance of a discharge to the Debtors US Bank National Association shall mark for cancellation a mortgage dated September 29, 2008 which mortgage was recorded on October 22, 2008 in Book OR-8744 at page 2050 and shall forward the mortgage so marked to the Clerk of Monmouth County to be recorded and removed of record.

2.  To the extent U.S. Bank National Association fails to comply with the terms of this order, the Debtors may forward a copy of this order to the Clerk of Monmouth County for recording for the purpose of removing and cancelling the mortgage as of record.