UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
**COLLINS, VELLA & CASELLO, LLC**
**2317 Highway 34 South, Suite 1A**
**Manasquan, NJ 07727**
**Attorneys for Debtors**
**(732) 751-1766**
**Joseph M. Casello, Esq.**

In Re:

Kevin & Stacy Kirman

    Debtors

**Order Filed on December 6, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: Chapter 11 Case No. 11-27635

Adv. No.:

Hearing Date: October 25, 2016 at 9:00

Judge: Honorable Michael Kaplan, U.S.B.J.

# ORDER COMPELLING U.S. BANK NATIONAL ASSOCIATION TO DISCHARGE OF RECORD THE SECOND MORTGAGE ENCUMBERING THE DEBTORS RESIDENCE

The relief set forth on the following pages, numbered two is hereby **ORDERED**.

**DATED: December 6, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Kevin & Stacy Kirman
Case No.: 11-27635
Caption of Order: Order Compelling U.S. Bank National Association to Discharge of Record the Second Mortgage Encumbering the Debtors' Residence

---

**THIS MATTER** having been brought before the Court upon a Motion to Compel U.S. Bank National Association to Discharge of Record a Second Mortgage Encumbering the Debtors' Residence filed by Collins, Vella & Casello, LLC on behalf of Stacy and Kevin Kirman; and

The Court having considered the Motion and for the reasons set forth on the record and for good and sufficient cause appearing, it is hereby **ORDERED as follows:**

1. Within 30 days from the issuance of a discharge to the Debtors US Bank National Association shall mark for cancellation a mortgage dated September 29, 2008 which mortgage was recorded on October 22, 2008 in Book OR-8744 at page 2050 and shall forward the mortgage so marked to the Clerk of Monmouth County to be recorded and removed of record.

2. To the extent U.S. Bank National Association fails to comply with the terms of this order, the Debtors may forward a copy of this order to the Clerk of Monmouth County for recording for the purpose of removing and cancelling the mortgage as of record.

United States Bankruptcy Court
District of New Jersey

In re:
Kevin Thomas Kirman
Stacy Ann Kirman
       Debtors

Case No. 11-27635-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2016
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
db/jdb       +Kevin Thomas Kirman,   Stacy Ann Kirman,   255 Harmony Road,   Middletown, NJ 07748-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Albert   Russo   (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
       Francesca Ann Arcure    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
        nj_ecf_notices@buckleymadole.com
       Joseph   Casello    on behalf of Joint Debtor Stacy Ann Kirman jcasello@cvclaw.net,
        jcasello627@gmail.com
       Joseph   Casello    on behalf of Debtor Kevin Thomas Kirman jcasello@cvclaw.net,
        jcasello627@gmail.com
       Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       William M. E. Powers, III    on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for
        U.S. Bank N.A. ecf@powerskirn.com
       William M.E. Powers    on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for U.S.
        Bank N.A. ecf@powerskirn.com
       William M.E. Powers, III    on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for
        U.S. Bank N.A. ecf@powerskirn.com
                                                                                    TOTAL: 11